# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN FULLER, | 1:08-cv-00465-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR COURT TO SCREEN COMPLAINT |
| v. | |
| JAMES YATES, et al., | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| Defendants. | (Doc. 2, Attachment 2.) |

Kelvin Fuller, ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on December 17, 2007, at the Fresno Superior Court. On April 1, 2008, defendants removed this action to this court. Defendants have requested that the court screen the complaint pursuant to 28 U.S.C. § 1915A(a). Defendants also request an extension of time to file a response to the complaint, until thirty days from the date of the court's screening order.

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The court will screen the complaint in due course; and
2. Defendants are granted an extension of time until thirty days from the date of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

Dated: **April 10, 2008**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE