# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FULLER, | 1:08-cv-00465-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE OBJECTIONS |
| v. | (Doc. 8.) |
| JAMES A. YATES, et al., | ORDER VACATING MOTION TO REMAND FROM COURT'S CALENDAR |
| Defendants. | (Doc. 6.) |
| | THIRTY DAY DEADLINE |

Plaintiff Kevin Fuller ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2008, plaintiff filed a motion to remand this action to the superior court. (Doc. 6.) On January 28, 2009, the undersigned issued findings and recommendations, recommending that plaintiff's motion to remand be denied. (Doc. 7.) Plaintiff was given the opportunity to file objections to the findings and recommendations within thirty days. On March 5, 2009, plaintiff filed a motion for an extension of time to file objections. (Doc. 8.) Good cause appearing, the extension shall be granted, and the motion to remand shall be vacated from the Court's calendar until the motion is ripe for resolution.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time is granted;
2. Within thirty days from the date of service of this order, plaintiff shall file objections to the findings and recommendations issued on January 28, 2009; and

3. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, plaintiff's motion to remand is HEREBY DEEMED VACATED from the Court's calendar until such time as plaintiff files his objections and either defendants file a reply or the motion is submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:** **March 9, 2009**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE