1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN FULLER,                          )      1:08-cv-00465-LJO-GSA-PC
                                            )
12                                          )      ORDER INFORMING PLAINTIFF HE
                  Plaintiff,                )      HAS LEAVE TO AMEND THE
13                                          )      COMPLAINT ONCE AS A MATTER
            v.                              )      OF COURSE
14                                          )      (Doc. 10 resolved)
     JAMES A. YATES, et al.,                )
15                                          )      ORDER FOR CLERK TO FILE FIRST
                                            )      AMENDED COMPLAINT LODGED
16                Defendants.               )      ON APRIL 17, 2009
                                            )      (Doc. 11.)
17   _____)

18   **I.     BACKGROUND**

19          Kevin Fuller ("plaintiff") is a state prisoner proceeding pro se pauperis in this civil rights action

20   pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this action on December 17, 2007, at the Fresno

21   County Superior Court.  On April 1, 2008, defendants Yates and Igbanosa ("defendants") removed this

22   action to federal court.   (Doc. 3.)  On April 17, 2009, plaintiff filed a motion for leave to amend the

23   complaint and submitted a proposed first amended complaint which was lodged by the court.  (Docs.

24   10, 11.)  Plaintiff's motion for leave to amend is now before the court.

25   **II.    RULE 15(a)**

26          Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's

27   pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a

28                                              1

1 | party may amend only by leave of the court or by written consent of the adverse party, and leave shall
2 | be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because plaintiff has not amended the
3 | complaint, and no responsive pleading has been served in this action, plaintiff has leave to file an
4 | amended complaint as a matter of course. Therefore, the Clerk shall be directed to file the proposed first
5 | amended complaint submitted by plaintiff on April 17, 2009.

Accordingly, it is HEREBY ORDERED that:

1.    The Clerk of Court is DIRECTED to file plaintiff's proposed first amended complaint lodged on April 17, 2009; and

2.    This order resolves plaintiff's motion for leave to amend the complaint, filed April 17, 2009.

IT IS SO ORDERED.

Dated:    **April 22, 2009**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE